**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 08-cv-00632-LTB-MEH

MARINE EXPLORATION, INC., a Colorado corporation,
HOSS CAPITAL, LLC, a Texas limited liability company;
TECHNOLOGY PARTNERS, LLC, a Colorado limited liability company;\
ROBERT L. STEVENS FAMILY TRUST,
    Plaintiffs,

vs.

CLX & ASSOCIATES, INC., a Florida corporation;
THE NVS MARKETING GROUP, INC., a Florida corporation; and
ROBERT WEIDENBAUM, an individual,
    Defendants.

CLX & ASSOCIATES, INC., a Florida corporation, and
ROBERT WEIDENBAUM, an individual,
    Third Party Plaintiffs,

vs.

PAUL D. ENRIGHT, an individual; and
MIGUEL THOMAS GONZALEZ, an individual,
    Third Party Defendant.

___

## ORDER OF DISMISSAL
___

    THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 22 - filed July 15, 2008), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   July 16, 2008